# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) ) ) |
| v. | ) ) Criminal No. 24-cr-00393 (TJK) |
| **ANATOLIY ANATOLIEVICH LUTSIK**, | ) ) ) |
| **Defendant**. | ) ) ) |

## WITHDRAWAL OF APPEARANCE OF COUNSEL

Notice is hereby given that Stanley E. Woodward, Jr. of the law firm Brand Woodward Law, LP withdraws his appearance as retained counsel for Defendant Anatoliy Anatolievich Lutsik.

Dated: January 19, 2025

Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Anatoliy Anatolievich Lutsik*

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 19, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, with consequent service on all parties of record.

                                                              *s/ Stanley E. Woodward, Jr.*